COURT OF CRIMINAL APPEALS
BOX 12308
AUSTIN, TEXAS 78711

**4. Restricted Delivery?**

*(Extra Fee)* ☐ Yes

**3. Service Type**

*CERTIFIED*

**2. Article Number**

7196 9008 8560 0000 0102

COMPLETE THIS SECTION ON DELIVERY

**A. Signature:** *(☐Addressee or ☐Agent)*

X Yvonne Mechell

**B. Received By:** *(Please Print Clearly)*

Yvonne Mechell

**C. Date of Delivery** 11/6/15

**D. Addressee's Address** *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor *(Please Print Clearly)*

Delivery Address

City          State          ZIP + 4 Code

7196 9008 8560 0000 0102

**1. Article Addressed To:**

ROBERT M. CISNEROS
CONSTABLE PRECINCT 1
901 LEOPARD STREET, ROOM 112
CORPUS CHRISTI, TX 78401

---

COURT OF CRIMINAL APPEALS
BOX 12308
AUSTIN, TEXAS 78711

**4. Restricted Delivery?**

*(Extra Fee)* ☐ Yes

**3. Service Type**

*CERTIFIED*

**2. Article Number**

7196 9008 8560 0000 0119

COMPLETE THIS SECTION ON DELIVERY

**A. Signature:** *(☐Addressee or ☐Agent)*

X Martha Hominick

**B. Received By:** *(Please Print Clearly)*

MARTHA Hominick

**C. Date of Delivery** 11/6/15

**D. Addressee's Address** *(If Different From Address Used by Sender)*

Secondary Address / Suite / Apt. / Floor *(Please Print Clearly)*

Delivery Address

City          State          ZIP + 4 Code

7196 9008 8560 0000 0119

**1. Article Addressed To:**

ANNE LORENTZEN
DISTRICT CLERK NUECES COUNTY
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI TX 78401